# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129346

RICHARD ARRAND and LINDA ARRAND,
      Plaintiffs-Appellants,

v

DR. ALAN SNIDER, D.O., HERRICK
MEMORIAL HOSPITAL, PROMEDICA
HEALTH SYSTEM, and LENAWEE
HEALTH ALLIANCE,
      Defendants-Appellees.

SC: 129346
COA: 260386
Lenawee CC: 04-001671-NH

_____/

      On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

d0123

_____
Clerk